IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 02-C-0476 |
| RENEE M. SANTORO, | ) |
| Defendant, | ) |
| and | ) |
| 3M CORPORATE HEADQUARTERS, | ) |
| Garnishee Defendant. | ) |

**ORDER TERMINATING GARNISHMENT**

Upon the motion of the United States of America requesting termination of the garnishment in the above-entitled matter based on defendant terminating employment,

IT IS HEREBY ORDERED that the garnishment be terminated and the garnishee defendant be released from any further obligation in this case.

Entered this  16th  day of  August , 2010.

BY THE COURT:

*Barbara B. Crabb*
BARBARA B. CRABB
United States District Judge