IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

                                    Case No. 02-C-0476

v.

RENEE M. SANTORO,

        Defendant,

and

GOLDEN LIVING CENTER –
LYNNHURST,

        Garnishee Defendant.

---

### ORDER GRANTING APPLICATION FOR
### WRIT OF CONTINUING GARNISHMENT

---

Upon reviewing the application for writ of continuing garnishment filed with this Court by the plaintiff, the United States of America,

IT IS HEREBY ORDERED that the application of the United States of America for a writ of continuing garnishment is hereby GRANTED.

IT IS FURTHER ORDERED that the Clerk issue a writ of continuing garnishment to the garnishee defendant, and its successors or assigns.

Entered this 18th day of June, 2015.

                                                      BY THE COURT:

                                                      BARBARA B. CRABB
                                                      United States District Judge