IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.                               Case No. 02-C-0476

RENEE M. SANTORO,

        Defendant.

---

### ORDER TO QUASH BENCH WARRANT

---

Upon consideration of plaintiff's motion,

IT IS HEREBY ORDERED that the bench warrant issued by this Court on December 10, 2019, is quashed.

Dated this 20th day of July, 2021.

BY THE COURT:

_[signature]_

BARBARA B. CRABB
United States ~~District~~ Judge
MAGISTRATE